The Industrial and General Trust, Limited, Respondent, *v.* J. Kennedy Tod et al., Appellants, Impleaded with Another.

(Submitted April 14, 1902; decided April 18, 1902.)

Motion for reargument denied, with ten dollars costs. (See 170 N. Y. 233.)